# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| AMID, INC., | : Case No. 4:16-cv-01137 |
| | : |
| Plaintiff, | : LEE H. ROSENTHAL |
| | : |
| v. | : Lisa Eddins |
| | : Courtroom Clerk     Court Reporter |
| MEDIC ALERT FOUNDATION UNITED STATES, INC. d/b/a MEDIC ALERT FOUNDATION and JUSTIN NOLAND, an individual, | : Preliminary Injunction Hearing |
| | : |
| | : **DEFENDANTS' EXHIBIT LIST FOR** |
| | : **PRELIMINARY INJUNCTION** |
| Defendants. | : **HEARING** |
| | : |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | **ADMIT** | **N/ADM** |
| 1. | This Week Magazine article entitled, "The bracelet that saves lives" (1960), excerpted from "Celebrating 50 Years of Savings Lives" (2006) | | | | |
| 2. | MedicAlert Logo | | | | |
| 3. | MedicAlert Brochure (1993) | | | | |
| 4. | MedicAlert Marketing Campaign Excerpts (2008) | | | | |
| 5. | MedicAlert Press Release (2010) | | | | |
| 6. | MedicAlert Style Guide (2012) | | | | |
| 7. | *Clinical Pediatrics* Excerpt (1967) | | | | |
| 8. | Member Sticker (2008-2015) | | | | |
| 9. | MedicAlert In-Office Display and Packaging (Spring 2015) | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|-------|------|
| | | | | ADMIT | N/ADM |
| 10. | MedicAlert In-Office Display and Packaging (Spring 2015) (photos) | | | | |
| 11. | MedicAlert In-Office Display and Packaging (Spring 2016) | | | | |
| 12. | MedicAlert In-Office Display and Packaging (Spring 2016) (photos) | | | | |
| 13. | MedicAlert In-Office Display and Packaging (Fall 2016) | | | | |
| 14. | MedicAlert In-Office Display and Packaging (Fall 2016) (photos) | | | | |
| 15. | MedicAlert Cover Letter for Display (Spring 2015) | | | | |
| 16. | Updated MedicAlert Cover Letter for Display | | | | |
| 17. | Pre-2015 MedicAlert Tear-Off Pad Brochure | | | | |
| 18. | Examples of Pre-2015 MedicAlert In-Office Displays | | | | |
| 19. | Examples of Pre-2015 MedicAlert In-Office Displays (photos) | | | | |
| 20. | United States Postal Service – 201d – Quck Service Guide | | | | |
| 21. | Premium Shapes Display | | | | |
| 22. | Email from R. Russell to B. Tretheway (July 6, 2015) | | | | |
| 23. | Letter from R. Russell to D. Leslie re J. Noland and MedicAlert In-Office Displays (July 14, 2015) | | | | |
| 24. | Email from D. Leslie to R. Russell | | | | |

DM2\7203546.4

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| | regarding Russell's July 6, 2015 Letter to Tretheway (July 20, 2015) | | | | |
| 25. | Email from R. Russell to D. Leslie re: J. Noland and AMID's purported IP (July 29, 2015) | | | | |
| 26. | Letter from D. Leslie to R. Russell re: R. Russell Letter of July 14, 2015(Aug. 27, 2015) | | | | |
| 27. | Email from R. Russell to D. Leslie acknowledging receipt of Leslie response dated Aug. 27, 2015 (Sep. 4, 2015) | | | | |
| 28. | Email from R. Russell to D. Leslie re: acquisition or partnership (Jan. 6, 2016) | | | | |
| 29. | AMID TM application (April 4, 2012) | | | | |
| 30. | AMID specimen filed at PTO (April 4, 2012) | | | | |
| 31. | Examples of AMID Displays | | | | |
| 32. | Examples of AMID Displays (photos) | | | | |
| 33. | Images of AMID website in 2010 (per Wayback Machine) | | | | |
| 34. | Images from AMID website in 2011 (per Wayback Machine) | | | | |
| 35. | Images from AMID website in 2012 (per Wayback Machine) | | | | |
| 36. | Images from AMID website in 2013 (per Wayback Machine) | | | | |
| 37. | Images from AMID website (2016) | | | | |
| 38. | Photo of AMID Tear-Off Sheet in CVS | | | | |

DM2\7203546.4

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| | Pharmacy (2016) | | | | |
| 39. | Photo of AMID Display in Publix Supermarket, Florida (2016) | | | | |
| 40. | My Interactive Health Record Logo | | | | |
| 41. | One Call Alert Logo | | | | |
| 42. | AMID Blog Searches for Medic Alert (2013) | | | | |
| 43. | Email correspondence between J Petruzzi and L. van Loben Sels re: request to remove MedicAlert references from AMID website (beginning May 20, 2013) | | | | |
| 44. | American Medical ID Posts Tagged Medic Alert (June 20, 2013) | | | | |
| 45. | Results of Google search for "medical id" (Sep. 28, 2016) | | | | |
| 46. | Preview of American Medical ID Announces Partnership with One Call Alert (June 20, 2013) | | | | |
| 47. | Results of Google search for "american medical id medic alert" (April 9. 2013) | | | | |
| 48. | Results of Google search for "medic alert site, americanmedical-id.com" (April 9, 2013) | | | | |
| 49. | Results of Google search for "universal medical id medicalert" (April 9, 2013) | | | | |
| 50. | List of Unauthorized Use of the MEDIC ALERT Mark by American of Medical ID, Inc. | | | | |
| 51. | Gary T. Ford Report - App. A - | | | | |

DM2\7203546.4

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| | Curriculum Vitae | | | | |
| 52. | Ford Report - App. B - Materials Relied On | | | | |
| 53. | Ford Report - App. C - Brochure – Medical Ids Save Lives! | | | | |
| 54. | Ford Report - App. D - Brochure - Medical Ids with Free Custom Engraving | | | | |
| 55. | Ford Report - App. E - Brochure – Medical Identification Tags – Stainless Steel Necklace is pictured | | | | |
| 56. | Ford Report - App. F - Brochure – Medical Identification Tags – Bracelets are featured on front | | | | |
| 57. | Ford Report - App. G – Evite to potential survey respondents | | | | |
| 58. | Ford Report - App. H – Secondary Meaning Survey Design | | | | |
| 59. | Ford Report - App. I – Screen Shots of the Programmed Questionnaire | | | | |
| 60. | Ford Report - App. J – SERMO Invitation to Online Study | | | | |
| 61. | Ford Report - App. K – Doctor Survey Design | | | | |
| 62. | Ford Report - App. L – Screenshots of A&I Survey | | | | |
| 63. | Ford Report - Table 1 - Results for Secondary Meaning Survey | | | | |
| 64. | Ford Report - Table 2 - Importance of Various Attributes In Decision to Display Advertising and Promotional Literature or Materials in the Mail For Products or Services That can be ordered or Purchased by Patients And/or Caregivers | | | | |
| 65. | Ford Report - Table 3 - Incidence of AMID, Inc. and MedicAlert Medical | | | | |

DM2\7203546.4

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | **ADMIT** | **N/ADM** |
| | ID's in Physicians' Offices and Clinics | | | | |

Defendants reserve the right to use any exhibit identified or used by Plaintiff.

Defendants reserve the right to supplement or amend this list as permitted by agreement or by the Court.

**DUANE MORRIS LLP**

By: /s/ David J. Wolfsohn
Thomas W. Sankey, P.C.
1330 Post Oak Boulevard, Suite 800
Houston, TX 77056-3166
Tel:    (713) 402 3900
Fax:    (713) 402 3901
twsankey@duanemorris.com

David J. Wolfsohn (admitted *pro hac vice* )
Jessica Priselac  (admitted *pro hac vice*)
E-mail:  jpriselac@duanemorris.com
30 South 17th Street
Philadelphia, PA  19103-4196
Tel:    (215) 979-1000
Fax:    (215) 979-1020
djwolfsohn@duanemorris.com
jpriselac@duanemorris.com

*Attorneys for Defendants*

Dated October 4, 2016

DM2\7203546.4

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2016 I caused a true and correct copy of the foregoing Defendants' Exhibit List for Preliminary Injunction Hearing to be electronically filed with the Clerk of the United States District Court for the Southern District of Texas, Houston Division by using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ David J. Wolfsohn*
David J. Wolfsohn