UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMID, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>MEDICALERT FOUNDATION UNITED STATES, INC. d/b/a MEDICALERT FOUNDATION,<br><br>    Defendant/Counterclaimant<br><br>and<br><br>JUSTIN NOLAND, an individual,<br><br>    Defendant. | Case No. 4:16-cv-01137 |

# **DEFENDANTS' STATUS CONFERENCE STATEMENT**

Defendant/counterclaimant MedicAlert Foundation and defendant Justin Noland ("defendants") submit this scheduling proposal in anticipation of the status conference set for tomorrow.

Defendants propose a four-month period of fact discovery—from April 27 to August 28, 2017. Expert reports on which a party bears the burden of proof would be served by September 11, 2017, with rebuttal reports filed by October 9, 2017. Depositions of experts would be completed by October 31, 2017. Summary judgment motions would be due on November 17, responses on December 1, and replies on December 15, 2017.

|  |  |
|---|---|
|  | DUANE MORRIS LLP |
|  | By: */s/* David J. Wolfsohn |
| Thomas W. Sankey, P.C. | David J. Wolfsohn (57974) |
| E-mail: twsankey@duanemorris.com | (admitted pro hac vice) |
| 1330 Post Oak Boulevard, Suite 800 | E-mail: djwolfsohn@duanemorris.com |
| Houston, TX 77056-3166 | Jessica Priselac (208524) |
| Tel: (713) 402 3900 | (admitted pro hac vice) |
| Fax: (713) 402 3901 | E-mail: jpriselac@duanemorris.com |
|  | 30 South 17th Street |
|  | Philadelphia, PA 19103-4196 |
|  | Tel: (215) 979-1000 |
|  | Fax: (215) 979-1020 |
|  | *Attorneys for Defendant/Counterclaimant* |
| Dated: April 26, 2016 | *MedicAlert Foundation and Defendant Justin Noland* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April, 2017 I caused a true and correct copy of the foregoing Defendants' Status Conference Statement to be electronically filed with the Clerk of the United States District Court for the Southern District of Texas, Houston Division, by using the CM/ECF system, which will send notice of such filing to all counsel of record.

/s/ David J. Wolfsohn
David J. Wolfsohn